MORGAN, LEWIS & BOCKIUS LLP
Kathy H. Gao, SBN 259019
kathy.gao@morganlewis.com
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA  90071-3132
Tel:   +1.213.612.2500
Fax:  +1.213.612.2501

Attorneys for Defendant
WEST LA SEPULVEDA INVESTMENT, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD WILLIAMSON, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>WEST LA SEPULVEDA INVESTMENT, LLC, a Delaware limited liability company and DOES 1-10,<br><br>Defendants. | Case No. 2:21-cv-00899-FLA-JEM<br><br>**NOTICE OF SETTLEMENT** |

DB2/ 41065565.1

**TO THE COURT, AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT**, pursuant to agreement of Plaintiff Todd Williamson and Defendant West LA Sepulveda Investment, LLC the above-captioned matter has been resolved. The Parties anticipate filing a Stipulation of Dismissal within 60 days.

Dated: June 14, 2021            MORGAN, LEWIS & BOCKIUS LLP

By  */s/ Kathy H. Gao*
KATHY H. GAO
Attorney for Defendant
WEST LA SEPULVEDA INVESTMENT, LLC

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DB2/ 41065565.1

2