| | |
|---|---|
| 1 | THE LAW OFFICE OF HAKIMI & SHAHRIARI |
| 2 | Anoush Hakimi, SBN 228858 |
| | anoush@handslawgroup.com |
| 3 | Peter Shahriari, SBN 237074 |
| | peter@handslawgroup.com |
| 4 | Ani Avetisyan, SBN 266679 |
| | ani@handslawgroup.com |
| 5 | Laura Steven, SBN 332168 |
| | laura@handslawgroup.com |
| 6 | 1800 Vine Street |
| | Los Angeles, CA 90028 |
| 7 | Tel:  (888) 635-2250 |
| | Fax:  (213) 402-2170 |
| 8 | |
| | Attorneys for Plaintiff |
| 9 | TODD WILLIAMSON |
| 10 | MORGAN, LEWIS & BOCKIUS LLP |
| | Kathy H. Gao, SBN 259019 |
| 11 | kathy.gao@morganlewis.com |
| | 300 South Grand Avenue |
| 12 | Twenty-Second Floor |
| | Los Angeles, CA  90071-3132 |
| 13 | Tel:  +1.213.612.2500 |
| | Fax:  +1.213.612.2501 |
| 14 | |
| | Attorneys for Defendant |
| 15 | WEST LA SEPULVEDA INVESTMENT, LLC |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD WILLIAMSON, an individual, | Case No. 2:21-cv-00899-FLA-JEM |
| Plaintiff, | **JOINT STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |
| vs. | |
| WEST LA SEPULVEDA INVESTMENT, LLC, a Delaware limited liability company and DOES 1-10, | |
| Defendants. | |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DB2/ 41226689.1

IT IS HEREBY STIPULATED by and between Plaintiff Todd Williamson ("Plaintiff") and Defendant West LA Sepulveda Investment, LLC ("Defendant") (Plaintiff and Defendant collectively referred to as the "Parties") pursuant to Federal Rules of Civil Procedure Rule 41(a)(1)(A)(ii) that this action may be dismissed with prejudice in its entirety; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties. This stipulation is also effective without a court order as it is signed by all parties who have appeared. *See* Fed. R. Civ. Proc. 41(a)(1)(A)(ii).

Dated: July 13, 2021         THE LAW OFFICE OF HAKIMI & SHAHRIARI

By   */s/ Anoush Hakimi*
     Anoush Hakimi
     Attorneys for Plaintiff
     TODD WILLIAMSON

Dated: July 13, 2021         MORGAN, LEWIS & BOCKIUS LLP

By   */s/ Kathy H. Gao*
     KATHY H. GAO
     Attorney for Defendant
     WEST LA SEPULVEDA INVESTMENT, LLC

## SIGNATURE ATTESTATION

I hereby attest that all signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

Dated: July 13, 2021         MORGAN, LEWIS & BOCKIUS LLP

By   */s/ Kathy H. Gao*
     KATHY H. GAO
     Attorney for Defendant
     WEST LA SEPULVEDA INVESTMENT, LLC